NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

(Opposition No. 91169306)

## SUNLIGHT SAUNAS, INC.,
*Appellant,*

v.

## SI BARGHELAME,
*Appellee.*

2010-1016

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

## ON MOTION

## O R D E R

Upon consideration of Sunlight Saunas, Inc.'s motion to voluntarily withdraw its appeal,

IT IS ORDERED THAT:

(1) The motion is granted and the appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

JUN 1 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Amy C. Kelly, Esq.
     David L. Garrison, Esq.

s20

Issued As A Mandate:  JUN 1 5 2010
                      _____

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 1 5 2010

JAN HORBALY
CLERK